# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

LATOYA CHANELL JOHNSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2069

_____

April 15, 2026

Appeal from the Circuit Court for Sarasota County; Dana Moss, Judge.

Blair Allen, Public Defender, and Jeffrey Sullivan, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Angela H. Fernandez, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

LUCAS, C.J., and VILLANTI and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.